

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-15-00325-CR

Style:  Astin Chavers Clark

**v** The State of Texas

Date motion filed[*]:  May 29, 2015

Type of motion:  Motion to appoint attorney

Party filing motion:  Appellant

Document to be filed:

If motion to extend time:

    Original due date:

    Number of extensions granted:  Current Due date:

    Date Requested:

Ordered that motion is:

☐    Granted

    If document is to be filed, document due:

    ☐    No further extensions of time will be granted

☐    Denied

☒    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**The trial court appointed counsel to represent appellant on May 21, 2015.**
**Accordingly, the motion is dismissed as moot.**

Judge's signature: /s/ Chief Justice Sherry Radack

    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: June 4, 2015

November 7, 2008 Revision